

546 Valley Road 973-509-3190 Ph
Upper Montclair, NJ 07043 973-509-1131 Fx
www.loganandco.com

September 6, 2016

Mr. David D. Bird, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Certification of No Claim Activity Pursuant to Local Rule 2002-1(f)(vi)

Dear Mr. Bird:

Upon information and belief, no claim activity has occurred in the following case:

**KAISER GROUP INTERNATIONAL, INC., Case No. 00-02263**

If you have any questions or comments, do not hesitate to contact me.

Very truly yours,

Alan Reilly